UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANDERSON LOOKKIN,
Derivatively on Behalf of
Nominal Defendant CIT GROUP INC.,

                            Plaintiff,

JEFFREY M. PEEK, GARY C. BUTLER, WILLIAM M.
FREEMAN, SUSAN M. LYNE, MARIANNE MILLER
PARRS, ESTATE OF JAMES S. McDONALD,
TIMOTHY M. RING, JOHN R. RYAN, SEYMOUR
STERNBERG, PETER J. TOBIN, LOIS M. VAN
DEUSEN, WILLIAM J. TAYLOR, THOMAS B.
HALLMAN, LAWRENCE A. MARSIELLO, and
JOSEPH M. LEONE,

                            Defendants,

and

CIT GROUP INC.,

                            Nominal Defendant.

------------------------------------------------------------x

08-CV-7803 (BSJ)

ECF CASE

**NOTICE OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT NOTICE**

PLEASE TAKE NOTICE that upon (i) the accompanying Declaration of Robert I. Harwood, dated December 7, 2009, (ii) the Memorandum of Law in Support of Plaintiff's Motion For Voluntary Dismissal Of Action Without Prejudice And Without Notice, and (iii) all prior pleadings and proceedings had herein, plaintiff hereby moves pursuant to Rules 23.1(c) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure to dismiss the above-captioned action without prejudice and without notice to the shareholders of CIT Group Inc.

Dated: December 7, 2009

                HARWOOD FEFFER LLP

                By: _____
                    Robert I. Harwood
                    James G. Flynn
                488 Madison Avenue, 8th Floor
                New York, NY 10022
                Tel. (212) 935-7400
                Fax (212) 753-3630
                rharwood@hfesq.com

                THE WEISER LAW FIRM, P.C.
                  Robert B. Weiser
                  Brett D. Stecker
                  Jeffery J. Ciarlanto
                121 N. Wayne Avenue, Suite 100
                Wayne, PA 19087
                Tel. (610) 225-2677
                Fax (610) 225-2678

                FEDERMAN & SHERWOOD
                  William B. Federman
                10205 North Pennsylvania Ave.
                Oklahoma City, OK 73120
                Tel. (405) 235-1560
                Fax (405) 239-2112

                *Attorneys for Plaintiff*